# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**374**
**CAF 10-00078**
PRESENT: CENTRA, J.P., FAHEY, CARNI, GREEN, AND GORSKI, JJ.

---

IN THE MATTER OF IMANI D.W.
------------------------------------------
MONROE COUNTY DEPARTMENT OF HUMAN SERVICES,                          ORDER
PETITIONER-RESPONDENT;

CHRISTINE W., RESPONDENT-APPELLANT.

---

EFTIHIA BOURTIS, ROCHESTER, FOR RESPONDENT-APPELLANT.

WILLIAM K. TAYLOR, COUNTY ATTORNEY, ROCHESTER (CAROL L. EISENMAN OF
COUNSEL), FOR PETITIONER-RESPONDENT.

TANYA J. CONLEY, ATTORNEY FOR THE CHILD, ROCHESTER, FOR IMANI D.W.

---

Appeal from an order of the Family Court, Monroe County (Dandrea
L. Ruhlmann, J.), entered November 27, 2009 in a proceeding pursuant
to Social Services Law § 384-b.  The order denied respondent's request
for post-termination contact with her child.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Entered:  March 25, 2011                              Patricia L. Morgan
                                                      Clerk of the Court